ACCEPTED
12-14-00314-CR; 12-14-00315-CR; 12-14-316-CR; 12-14-00317-CR; 12-14-00318-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/8/2015 12:00:00 AM
CATHY LUSK
CLERK

**NO. 12-14-00314-CR; 12-14-00315-CR; 12-14-00316-CR;**
**12-14-00317-CR; 12-14-00318-CR**

| | | |
|---|---|---|
| **DANIEL WAYNE MCLEMORE.** | § | **IN THE TWELFTH COURT OF** |
| **Appellant,** | § | |
| | § | |
| | § | |
| **VS.** | § | **APPEALS IN AND FOR** |
| | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee.** | § | **THE STATE OF TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/7/2015 4:18:47 PM
CATHY S. LUSK
Clerk

## *MOTION TO FILE LATE APPELANT BRIEF*

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DANIEL WAYNE MCLEMORE, by and through his attorney, Wm. Brandon Baade, and makes this MOTION TO EXTEND TIME TO FILE APPELANT BRIEF:

1. The deadline for filing the APPELANT's Brief was June 3, 2015.

2. APPELANT timely filed a request for an extension of fourteen (5) days from the date of or until June 8, 2015 to file APPELANT's Brief which is currently pending with the Court.

3. Facts relied on to reasonably explain the need for filing a late brief are the same as those requested in the pending motion for an extension of time file Appellant's brief and are as follows:

4. Counsel was completing a brief in Cause No. 12-15-00037-CR in addition to the cases listed below.

5. During the preparation of the brief in this case during the time period of the most recent extension it became apparent that a video of the evidence was not filed with the Court of Appeals or provided to counsel because for computer technology reasons, that are beyond counsel's ability to understand, the video could not be provided with the reporters record in this case. This video was probably the most critical evidence in the case.

6. I consulted with counsel for the State regarding the filing of this Motion for an

Extension of Time and counsel for the State of Texas does not oppose this motion and is in agreement with the request for extension of time.

7. Additionally, counsel has been involved in the following cases:

State of Texas v. Charles Eugene Louderman, Cause No. 21,728-2012 in the 402nd Judicial District Court in and for Wood County, Texas.

State of Texas v.Nathaniel Lee Hurtzig, Cause No. 22,482-2015 in the 402nd Judicial District Court in and for Wood County, Texas.

First National Bank of Winnsboro v. Melanie Windham, et al, Cause No. 2010-377 in the 402nd Judicial District Court in and for Wood County, Texas.

State of Texas v. Clinton Eugene Sharp, Cause No. 22,383-2014 in the 402nd Judicial District Court in and for Wood County, Texas.

State of Texas v. Wendy Gilbreath, Cause No. 22,410-2015 in the 402nd Judicial District Court in and for Wood County, Texas.

State of Texas v. Heath Allen Nutt, Cause No.22,398-2014 in the 402nd Judicial District Court in and for Wood County, Texas.

4. APPELANT has been granted two (2) extensions of time.

WHEREFORE, DANIEL WAYNE MCLEMORE, by his attorney, Wm. Brandon Baade, requests the court grant this Motion to File Late Brief on behalf of Appellant in this case.

RESPECTFULLY SUBMITTED,

Wm. Brandon Baade
522 N Broadway Ave
Tyler, TX 75702
Tel: (903) 526-5867
brandonbaadelaw@gmail.com

_____
Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appelant

## CERTIFICATE OF CONFERENCE

I certify that I have contacted Tom Burton, Attorney for Appellee, in this case and he is in agreement with this motion.

_____
Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appellant


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF was served on all counsel of record by U.S. Mail on June 8, 2015.

_____
Wm. Brandon Baade
State Bar No. 00793189
Attorney for Appellant